UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN DOE, in his individual
capacity and as the legal
guardian of DOE CHILD, ROE-ONE
CHILD and ROE-TWO CHILD, and
JANE ROE, in her individual
capacity,

           Plaintiffs,

  v.                                       NO. CIV. S-06-1043 LKK/DAD

THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA, a California government
corporation dba the CAARE DIAGNOSTIC
AND TREATMENT CENTER of the U.C.
DAVIS HEALTH SYSTEM AND MEDICAL CENTER;
KEVIN PATRIC COULTER, M.D.;
SHERIDAN MYAMOTO, R.N.; COUNTY OF
SACRAMENTO; SACRAMENTO COUNTY
DEPARTMENT OF HEALTH AND HUMAN
SERVICES; CHILD PROTECTIVE SERVICES
AGENCY OF SACRAMENTO COUNTY; and
SYLVIA LOPEZ,

           Defendants.
                                    /

**STATUS (PRETRIAL SCHEDULING) ORDER**

////

1

1   Pursuant to court order, a Status (pretrial scheduling)
2  Conference was held in Chambers on July 17, 2006.  ANTHONY PALIK
3  appeared as counsel for plaintiffs; ROBERT TYLER appeared as
4  counsel for the Regent/U.C. defendants.  After hearing, the court
5  makes the following findings and orders:

6  **FURTHER STATUS CONFERENCE**

7   A further Status Conference is now SET for August 7, 2006 at
8  3:30 p.m.  The parties are reminded of their obligation to file and
9  serve status reports not later than ten (10) days preceding the
10 conference.

11   The Clerk is directed to serve a copy of this order on John
12 Lavra.

13   IT IS SO ORDERED.

14   DATED: July 20, 2006.

15   _____
     LAWRENCE K. KARLTON
16   SENIOR JUDGE
     UNITED STATES DISTRICT COURT

2