```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


JOHN DOE, in his individual
capacity and as the legal
guardian of DOE CHILD, ROE-ONE
CHILD and ROE-TWO CHILD, and
JANE ROE, in her individual
capacity,

           Plaintiffs,

     v.                                  NO. CIV. S-06-1043 LKK/DAD

THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA, a California government
corporation dba the CAARE DIAGNOSTIC
AND TREATMENT CENTER of the U.C.
DAVIS HEALTH SYSTEM AND MEDICAL CENTER;      **O R D E R**
KEVIN PATRIC COULTER, M.D.;
SHERIDAN MYAMOTO, R.N.; COUNTY OF
SACRAMENTO; SACRAMENTO COUNTY
DEPARTMENT OF HEALTH AND HUMAN
SERVICES; CHILD PROTECTIVE SERVICES
AGENCY OF SACRAMENTO COUNTY; and
SYLVIA LOPEZ,

           Defendants.
                                    /
```

The court is in receipt of a document from Sacramento County Superior Court. The document is dated November 27, 2006 and reveals the names of several juveniles whom the court assumes are part of the above captioned case. To date, no party has asked that this document be added to the record in the pending case. Given that the pending case involves unnamed juveniles (labeled as "does" in the complaint), the court will not make this Superior Court

1

1  document part of the record unless and until a party moves for the
2  document to be part of the record.
3       IT IS SO ORDERED.
4       DATED: December 5, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2