UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE in his individual
capacity and as the legal
guardian of DOE CHILD,
ROE-ONE CHILD and ROE-TWO
CHILD, AND JANE ROE, in
her individual capacity,

        NO. CIV.S-06-1043 LKK/DAD

    Plaintiffs,

  v.                      O R D E R

REGENTS OF THE UNIVERSITY
OF CALIFORNIA, et al

    Defendants.
_____/

    On May 21, 2007 a telephonic conference was held with all parties. At that conference, the court ORDERED as follows:

    1.    The discovery deadline is CONTINUED to January 15, 2008. Experts shall be disclosed sixty (60) days prior.

    2.    The law and motion cut off date is CONTINUED to March 15, 2008.

    3.    The pretrial conference is CONTINUED to June 16, 2008 at 1:30 p.m.

1

4. The jury trial is CONTINUED to September 23, 2008.

5. All previously set dates are VACATED.

IT IS SO ORDERED.

DATED: May 23, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2