UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE, et al.,

                          NO. CIV. S-06-1043 LKK/DAD

      Plaintiff,

  v.

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA, et al.,

      Defendants.

_____/

    Pending before the court are Motions for Summary Judgment filed by Defendants Coulter and Miyamoto and Defendant County of Sacramento, noticed for hearing on March 10, 2008. Pursuant to Local Rule 78-230(c), the plaintiffs were required to file and serve their opposition or statement of non-opposition to the motions by February 25, 2008. The plaintiffs have not done so.[1]

    Accordingly, the court orders as follows:

---

[1] The plaintiffs filed, on February 27, 2008, an ex parte application to continue the hearing date, citing plaintiffs' counsel's recent illness as the justification.

1

1. Plaintiffs are hereby ORDERED TO SHOW CAUSE in writing by March 7, 2008 why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150), as permitted by Local Rule 11-110, for the failure to file a timely opposition or statement of non-opposition;

2. The hearings on both Motions for Summary Judgment (Docket Nos. 41 and 42) are hereby CONTINUED to April 7, 2008 at 10:00 AM;

3. Plaintiffs shall file and serve their opposition or statement of non-opposition to the pending motions no later than March 3, 2008 at 5:00 PM.  A failure to do so will result in a dismissal with prejudice.

4. Defendants' replies, if any, shall be filed on or before March 17, 2008.

IT IS SO ORDERED.

DATED: February 28, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT