UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE, et al.,

                                NO. CIV. S-06-1043 LKK/DAD

    Plaintiff,

  v.

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA, et al.,

    Defendants.

_____/

    Counsel for plaintiffs failed to participate in the timely submission of a joint statement of disputed and undisputed facts, as required by the scheduling order. Accordingly, the court orders as follows:

    1. The pretrial conference is further CONTINUED to August 25, 2008 at 1:30 p.m.

    2. The joint statement shall be FILED by July 7, 2008.

    3. Counsel for plaintiffs is ORDERED to pay counsel for defendant Miyamoto and defendant Lopez $150 each (totaling $300) to compensate them for their time at the pretrial conference.

1

1  Counsel shall file an affidavit stating that these sums have not
2  been, and will not be, billed, directly or indirectly, to the
3  client or in any way made the responsibility of the client as
4  attorneys' fees or costs.
5       IT IS SO ORDERED.
6       DATED: June 17, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2