```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  JOHN DOE, in his individual   )
    capacity and as the legal     )   2:06-cv-01043-LKK-DAD
12  guardian of DOE CHILD, ROE-ONE)
    CHILD, and ROE-TWO CHILD, and )   ORDER VACATING OCTOBER 3,
13  JANE ROE, in her individual   )   2008 SETTLEMENT CONFERENCE
    capacity,                     )
14                                )
              Plaintiffs,         )
15                                )
          v.                      )
16                                )
    THE REGENTS OF THE UNIVERSITY )
17  OF CALIFORNIA, a California   )
    government corporation dba    )
18  the CAARE DIAGNOSTIC AND      )
    TREATMENT CENTER fo the U.C.  )
19  DAVIS HEALTH SYSTEM AND       )
    MEDICAL CENTER, KEVIN PATRICK )
20  COULTER, M.D., SHERIDAN       )
    MYAMOTO, R.N., COUNTY OF      )
21  SACRAMENTO, SACRAMENTO COUNTY )
    DEPARTMENT OF HEALTH AND      )
22  HUMAN SERVICES, CHILD         )
    PROTECTIVE SERVICES AGENCY OF )
23  SACRAMENTO COUNTY, and SYLVIA )
    LOPEZ,                        )
24                                )
              Defendants.         )
25  _____)

26  ///
27  ///
28  ///
```

1 | I have decided to vacate the settlement conference scheduled for October 3, 2008, since the confidential settlement statements and communication with counsel indicate the action is not likely to settle. Therefore, the October 3, 2008, settlement conference before the undersigned judge is vacated.

Dated: September 30, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge