UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE, et al.,

                       NO. CIV. S-06-1043 LKK/DAD

    Plaintiff,

  v.                        O R D E R

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA, et al.,

    Defendants.
_____/

    Pending before the court is plaintiffs' ex parte motion to extend time for plaintiffs' response to defendants' motions in limine. Good cause appearing, plaintiffs' motion is GRANTED. Defendants' replies, if any, to plaintiffs' opposition to the motions in limine SHALL be filed not later than October 27, 2008.

    IT IS SO ORDERED.

    DATED: October 22, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1