UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE, et al.,

        Plaintiff,

   v.

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA, et al.,

        Defendants.

                          /

NO. CIV. S-06-1043 LKK/DAD

O R D E R

    Trial in the above-captioned case is set to commence on October 6, 2009. Pursuant to the Final Pretrial Order and the Local Rules, counsel were required to file trial briefs not later than ten court days before trial. <u>See</u> Final Pretrial Order at 18; Local Rule 16-285. Counsel for plaintiff has not filed a trial brief.

    Based on the above, the court ORDERS as follows:

    1.   Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in writing by within ten (10) days of the date of this order why sanctions should not issue in the above-

1

captioned case in the amount of One Hundred Fifty Dollars ($150), as permitted by Local Rule 11-110.

2. Counsel for plaintiff SHALL file a trial brief no later than Wednesday, September 30, 2009.

IT IS SO ORDERED.

DATED: September 28, 2009.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT