UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE, et al.,

                        NO. CIV. S-06-1043 LKK/DAD

      Plaintiff,

  v.                           O R D E R

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA, et al.,

      Defendants.

                          /

      After several continuances, this matter was set for trial for October 6, 2009. Anthony James Palik, counsel for plaintiffs at that time, failed to file a timely trial brief, and the court ordered Palik to show cause why sanctions should not issue. Palik explained that he had been terminated from his employment in March of 2009 but had nonetheless continued to represent plaintiffs. (Doc. No. 120.) Palik recognized that he was unable to properly represent plaintiffs, and asked that trial be continued so that plaintiffs could find substitute counsel.

      This court set a status conference for October 7, 2009, and

1

1  directed a representative of the law offices of Fernando F. Chavez,
2  the firm representing plaintiffs, to attend the conference.  (Doc.
3  No. 121.)  At this conference, the court rejected a request to
4  substitute Palik in as counsel separate from any association with
5  the Chavez firm.  (Doc. No. 123.)  The court set yet another status
6  conference for November 16, 2009.

7       Pursuant to the November 16 conference, the court orders as
8  follows:

9       1.   At the request of plaintiffs, the Chavez firm's request
10           to withdraw is GRANTED.  The docket shall reflect that
11           Fernando Fabela Chavez and Hector Emilio Salitrero are
12           relieved as counsel for all plaintiffs.
13      2.   Counsel are ORDERED to release all client papers and
14           property to clients within fifteen (15) days of the date
15           of this order, including correspondences, pleadings,
16           deposition transcripts, exhibits, physical evidence,
17           expert reports, and other items reasonably necessary to
18           the clients' representation, whether the clients have
19           paid for them or not, in accordance with Rule 3-700(D)
20           of the California Rules of Professional Conduct.
21      3.   Counsel is ORDERED to serve a copy of this order on
22           plaintiffs.
23      4.   Plaintiffs are GRANTED one hundred and twenty (120) days
24           to find replacement counsel and notify the court of the
25           name of their new counsel. E.D. Cal. Local Rule 83-183.
26           The court warns plaintiffs that, in light of plaintiffs'

        inability to prosecute this action pro se, the court will dismiss this action if plaintiffs have not secured replacement counsel within this time.

5. In light of the showing made by Mr. Palik in his request for an emergency status conference (Doc. No. 120), the court determines that no sanction for the failure to file a timely trial brief is warranted.

IT IS SO ORDERED.

DATED: November 18, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT