UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE, et al.,

      Plaintiff,

  v.

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA, et al.,

      Defendants.

NO. CIV. S-06-1043 LKK/DAD

O R D E R

On November 19, 2009, the court granted plaintiffs' former counsel's request to withdraw, and granted plaintiffs one hundred and twenty (120) days to find replacement counsel and to notify the court of the name of their new counsel. Doc. No. 125. The court also warned plaintiffs that, "in light of plaintiffs' inability to prosecute this action pro se, the court will dismiss this action if plaintiffs have not secured replacement counsel within this time." Id. Accordingly, plaintiffs are required to obtain and notify the court of new counsel by March 19, 2010. If they fail to do so, the court will dismiss the case. Plaintiffs have not yet

identified any new counsel.

On November 16, 2009, the court set a further status conference for March 15, 2010 at 2:00 p.m. No parties have filed status reports.

For the foregoing reasons, the court orders that the status conference set for March 15, 2010 at 2:00 p.m. is VACATED. A further status conference is set for May 3, 2010 at 3:30 p.m.

IT IS SO ORDERED.

DATED: March 10, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT