UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE, et al.,

                                              NO. CIV. S-06-1043 LKK/DAD

       Plaintiff,

  v.                                  O R D E R

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA, et al.,

       Defendants.

                              /

    On June 29, 2010, defendant Miyamoto filed her expert witness disclosure. Defendant attached two expert reports to her disclosure. These reports refer to the minor plaintiffs by their full names. Pursuant to E.D. Cal. Local Rule 140(a)(i), the court instructs the Clerk of Court to seal both reports, Dkt. Nos. 139-1 and 139-2.

    IT IS SO ORDERED.

    DATED: June 30, 2010.

                                                  LAWRENCE K. KARLTON
                                                  SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT