UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE, et al.,

                               NO. CIV. S-06-1043 LKK/DAD

      Plaintiff,

  v.                                          O R D E R

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA, et al.,

      Defendants.

                             /

On May 26, 2010, the court issued an amended status (pretrial scheduling) order setting, inter alia, a final pretrial conference for January 10, 2011 at 2:30 p.m. Pursuant to E.D. Cal. Local Rules 280 and 281, separate statements are due not less than fourteen days before the conference and joint statements are due not less than seven days before the conference. On January 7, 2011, the business day before the conference, plaintiffs filed a "proposal for joint pre-trial conference statement."[1] They have not filed a

---

[1] Defendants have submitted a proposed joint statement on the deadline for submission of the final joint statement. The court

1

1  separate statement.[2]

2      For the foregoing reasons, the court orders as follows:

3  1.  Counsel for plaintiffs is hereby ORDERED TO SHOW CAUSE in writing why sanctions should not issue for her failure to timely file plaintiffs' pretrial statements in accordance with Local Rule 110, including a fine of $150 or dismissal of this case within seven (7) days of the issuance of this order. See Fed. R. Civ. P. 41(b), Link v. Wabash R.R., 370 U.S. 626, 633 (1962).

10  2.  The final pretrial conference set for January 10, 2011 at 2:30 p.m. is vacated.

12  3.  The court SETS a further final pretrial conference for February 7, 2011 at 1:30 p.m.

14  IT IS SO ORDERED.

15  DATED: January 7, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

assumes they made this submission because they were unable to confer with plaintiffs' counsel to prepare a final joint statement.

[2] The court also notes that chambers' staff left several voice mail messages for plaintiffs' counsel concerning the required filings throughout this week.

2