UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE, et al.,

                                NO. CIV. S-06-1043 LKK/DAD

    Plaintiff,

  v.                                O R D E R

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA, et al.,

    Defendants.
_____/

On January 7, 2011, the court ordered counsel for plaintiffs to show cause why sanctions should not issue for her failure to timely file plaintiffs' pretrial statements. Doc. No. 149. The court also continued the pretrial conference in this case to February 7, 2011. Id. The response of plaintiffs' counsel to the order to show cause was due on January 14, 2011. No response was filed.

For the foregoing reasons, the court ORDERS as follows:

    (1)  Counsel for plaintiff is SANCTIONED in the amount of one hundred and fifty ($150.00) dollars. This sum shall be

1

1  paid to the Clerk of the Court no later than thirty (30)
2  days from the date of this order. Counsel shall file an
3  affidavit accompanying the payment of this sanction
4  which states that it is paid personally by counsel, out
5  of personal funds, and is not and will not be billed,
6  directly or indirectly, to the client or in any way made
7  the responsibility of the client as attorneys' fees or
8  costs.
9  (2) The pretrial conference and trial are VACATED.
10 (3) Counsel for plaintiff is FURTHER ORDERED TO SHOW CAUSE
11     in writing why this case should not be dismissed as a
12     sanction, in accordance with Local Rule 110, for
13     plaintiffs' failure to respond to the January 7, 2011
14     order to show cause. See also Fed. R. Civ. P. 41(b),
15     Link v. Wabash R.R., 370 U.S. 626, 633 (1962). Counsel
16     shall file a response to this order to show cause no
17     later than January 28, 2011. Failure to timely file a
18     response to the order to show cause will result in
19     dismissal of this action with prejudice.
20 IT IS SO ORDERED.
21 DATED: January 21, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT