UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE, et al.,

                                        NO. CIV. S-06-1043 LKK/DAD

      Plaintiff,

  v.                                        O R D E R

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA, et al.,

      Defendants.

                              /

    On January 7, 2011, the court ordered counsel for plaintiffs' to show cause as to why sanctions should not issue for her failure to timely file plaintiffs' pretrial statements. Plaintiffs' counsel failed to file a response to the order. Thus, on January 21, 2011, the court sanctioned plaintiffs' counsel in the amount of $150. The court further ordered counsel for plaintiffs to show cause as to why this case should not be dismissed as a sanction. Specifically, the court ordered that, "Counsel shall file a response to this order to show cause no

1  later than January 28, 2011. Failure to timely file a response
2  to the order to show cause will result in dismissal of this
3  action with prejudice." Counsel for plaintiffs has not filed a
4  response to this order.
5      For the foregoing reasons the court DISMISSES this action
6  WITH PREJUDICE. The Clerk of Court is instructed to enter
7  JUDGMENT FOR DEFENDANTS.
8      IT IS SO ORDERED.
9      DATED: February 8, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT