UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE, et al.,

           Plaintiff,

    v.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

           Defendants.

                                /

NO. CIV. S-06-1043 LKK/DAD

    Minor plaintiffs and their legal guardians in the above captioned case brought claims against several defendants concerning alleged invasive strip searches. This case was ultimately dismissed as a sanction due to plaintiffs' counsel, Margaret Lowrie's, blatant disregard of numerous court orders. For the reasons described below, the court orders Ms. Lowrie to show cause for her failure to pay a sanction at a hearing set for March 14, 2011 at 10:00 a.m.

    The court summarizes Ms. Lowrie's conduct below:

- On March 16, 2010, the court issued an order

substituting Ms. Lowrie as counsel for minor plaintiffs and their legal guardians.

- On May 5, 2010, the court subsequently issued a scheduling order reopening discovery and law and motion, and setting a pretrial conference for January 10, 2011 at 2:30 p.m. This order clearly set forth the filing requirements for the parties prior to the pretrial conference. In addition to the substantive requirements for these filings, separate statements were due not less than fourteen days before the conference and the joint statement was due not less than seven days before the conference.

- Ms. Lowrie failed to timely submit these pretrial filings. After several telephone calls from chambers' staff, Ms. Lowrie filed a document she labeled as plaintiffs' joint statement, but was not a joint statement and further failed to address the issues required by this court's scheduling order and the Local Rules.

- On January 7, 2011, the court issued an order to show cause to Ms. Lowrie for her failure to timely file plaintiffs' pretrial statements. Ms. Lowrie's response was due on January 18, 2011. The court further continued the pretrial conference to February 7, 2011 in order to allow Ms. Lowrie an opportunity to file these pretrial documents. Ms. Lowrie, again failed to file a response

2

1           to the order to show cause and to file any pretrial
2           documents.
3      •    On January 21, 2011, the court sanctioned counsel for
4           plaintiffs in the amount of $150. The court ordered her
5           to pay the sanction to the Clerk of Court and file an
6           affidavit indicating that the funds used to pay for the
7           sanction were paid personally by counsel, out of
8           personal funds, and is not and will not be billed,
9           directly or indirectly, to the client or in any way made
10          the responsibility of the client as attorneys' fees or
11          costs by February 22, 2011. Ms. Lowrie failed to pay the
12          sanction and file the affidavit.
13     •    Also on January 21, 2011, the court further ordered
14          counsel for plaintiff to show cause as to why this case
15          should not be dismissed as a sanction. Her response was
16          due on January 28, 2011. Ms. Lowrie failed to file a
17          response to this order to show cause.
18     •    On February 9, 2011, the court dismissed this action as
19          a sanction and instructed the Clerk of Court to enter
20          judgment for defendants.
21     For the foregoing reasons, the court ORDERS as follows:
22     (1)  Ms. Lowrie is ORDERED TO APPEAR for a hearing on March
23          14, 2011 at 10:00 a.m. to determine whether a further
24          sanction of $1000 should issue for her failure to pay
25          the $150 sanction and file the accompanying affidavit.
26     (2)  The Clerk of Court is instructed to serve the orders

1    identified by Doc. Nos. 149, 150, 151 and this order
2    upon plaintiffs' legal guardians at the following
3    address: 6105 Francine Drive, Sacramento, CA 95824-4251
4    and upon the State Bar of California at the following
5    address: Intake Unit, The State Bar of California, 1149
6    South Hill Street, Los Angeles, California 90015.
7 IT IS SO ORDERED.
8 DATED: February 28, 2011.

```
                    /s/ Lawrence K. Karlton
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

4