UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE, et al.,

                    NO. CIV. S-06-1043 LKK/DAD

    Plaintiff,

  v.                               O R D E R

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA, et al.,

    Defendants.
                            /

    Pursuant to the March 14, 2011 hearing on the court's February 28, 2011 order to show cause (Doc. No. 155) the court ORDERS AS FOLLOWS:

    (1) Ms. Lowrie is not sanctioned $1,000 for her failure to pay the $150 sanction as ordered by this court on January 21, 2011.

    (2) The court VACATES its January 21, 2011 (Doc. No. 150) order ONLY INSOFAR as it sanctions Ms. Lowrie the amount of $150.

////

1

1    IT IS SO ORDERED.

2    DATED: March 17, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT